Malaika BROOKS, Plaintiff–Appellee,

v.

CITY OF SEATTLE, Defendant,

and

Steven L. Daman, in his capacity as an officer of the Seattle Police Department; Donald M. Jones, in his individual capacity as an officer of the Seattle Police Department; Juan M. Ornelas, in his individual capacity as an officer of the Seattle Police Department, Defendants–Appellants.

No. 08–035526.

United States Court of Appeals, Ninth Circuit.

Sept. 30, 2010.

Eric L. Zubel, Esquire, Eric Zubel PC, Seattle, WA, for Plaintiff–Appellee.

Ted Buck, Esquire, Karen Cobb, Stafford Frey Cooper, Seattle, WA, for Defendants–Appellants.

D.C. No. 2:06–cv–01681–RAJ.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.